BRUCK-WEISS MILLINERY, INC., v. BRUCK-WEISS DRESSES, INC., and Others. — Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ST. LOUIS UNION TRUST COMPANY and Others v. ETHEL HOFFSTAEDTER.— Preference granted for May 8, 1924. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY WEINBERGER and Others. — Preference granted for June 10, 1924. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of GEORGE A. WHEELOCK, Deceased.— Preference granted for May 13, 1924. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

JOHN S. KEDROVSKY v. ARCHBISHOP AND CONSISTORY, etc., and Others.—Motion granted so far as the record is concerned. The briefs, however, must be printed. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ,

LOUIS PHILLIPS, Respondent, v. JOSEPH MARTINSON, Appellant, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

DEDRICK C. PAPE, Appellant, v. J. J. HOBBS, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Ancillary Administrator of FREDERICK WESCHE, Deceased, with His Will Annexed, Appellant, v. ERNEST T. GREINER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of Proving the Last Will and Testament of CHARLES A. WEBSTER, Deceased, as a Will of Real and Personal Property.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MARSHALL ROBIE, Respondent, v. FRED F. FRENCH COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL BECKER, Appellant, v. GEORGE J. RYAN, President, and Others, Constituting The Board of Education of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of ABRAHAM BERNHARD and Others, Doing Business as Copartners, etc., Appellants, for the Issuance, etc., of New Certificates of Capital Stock of BRITISH AMERICAN TOBACCO COMPANY, LTD., Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that sections 67 and 68 of the Stock Corporation Law of 1909 (now sections 75 and 76 of the Stock Corporation Law of 1923) * do not apply to foreign corporations.

* See Laws of 1923, chap. 787, §§ 3, 5, 6.— [REP.